JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| **RAYMOND BELL,** | No. LA CV 19-03153-VBF-JPR |
| Petitioner, | **FINAL JUDGMENT** |
| v. | |
| FELIPE MARTINEZ, JUNIOR (Warden), | |
| Respondent. | |

**Final judgment is hereby entered in favor of the respondent warden and against petitioner Raymond Bell.**

IT IS SO ADJUDGED.

Dated: August 27, 2019

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge